UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF MICHIGAN

### NOTES PERTAINING TO ALL DEBTORS

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Gainey Corporation ("Gainey") and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") in the United States Bankruptcy for the Western District of Michigan (the "Bankruptcy Court") have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors with the assistance of their court-appointed advisors and are unaudited. Although management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

Agreements Subject to Confidentiality. There may be instances within the Schedules and Statements where certain information has intentionally been altered or revised due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary and appropriate.

Basis of Presentation. Gainey is a privately-held corporation. For financial reporting purposes, the Debtors, along with their subsidiaries which have not filed voluntary petitions for reorganization under the Bankruptcy Code, prepare consolidated financial statements that are audited annually. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where indicated otherwise. In addition, not all of the direct and indirect subsidiaries of Gainey are Debtors in these chapter 11 cases. Accordingly, combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information regarding Gainey and its subsidiaries that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP.

Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors, may not have set forth all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claim, causes of action or avoidance action or in any way prejudice or impair the assertion of such claims.

Claims Designations. Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

Court Orders. By separate orders of the Bankruptcy Court entered on the Petition Date, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of customers, employees, lienholders and taxing authorities. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. To the extent possible, amounts are not listed on Schedule F if they have been paid.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

Net Book Value of Assets.  Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of their net book value as of September 30, 2008.  As a result, amounts ultimately realized may vary from net book value and such variance may be material.  Exceptions to this include operating cash, which is presented at bank balances as of the Petition Date.  Certain other assets, such as investments in subsidiaries, are listed at undetermined amounts as the net book values may materially differ from fair market values.  Attempts to obtain current market valuations of all assets would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets and, as a result, has not been attempted in connection with the preparation of the Schedules and Statements.

Dates.  The information provided herein, except as otherwise noted, represents the asset data of the Debtor as of September 30, 2008 (the month immediately preceding the Petition Date) and liability data of Debtor as of the Petition Date.

Excluded Assets and Liabilities.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill, pension assets, deferred compensation, accrued salaries, employee benefit accruals, post-retirement benefits and deferred gains.  Other immaterial assets and liabilities may also have been excluded.

Fiscal Year.  Each Debtor's fiscal year ends on December 31.

Foreign Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

Insiders.  The Debtors have included all payments made over the 12 months preceding the Petition Date to any individual deemed an "insider."  Insiders are defined as individuals who served as either Officers or Directors of a Debtor in the 12 months immediately preceding the commencement of this case.

Intercompany Transactions.   Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions among the Debtors resulting in intercompany accounts payable and accounts receivable.  The respective intercompany accounts payable and accounts receivable as of the Petition Date are listed at the net amount due to/due from the debtor as of the petition date.

Schedule D.  Creditors Holding Secured Claims.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

Certain of Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements.  No attempt has been made to identify such agreements for purposes of Schedule D; nevertheless, the Debtors reserve their rights to argue than any agreement listed in Schedule G may be treated as secured financing agreements rather than executory contracts or unexpired leases.

Schedule F.  Creditors Holding Unsecured Nonpriority Claims.  Schedule F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts, however, are reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.  The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.  Schedule F contains information regarding pending litigation involving the Debtors.  In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined.  However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor.

Schedule G.  Executory Contracts.  The Debtors' businesses are complex.  Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Also, Schedule G contains all of the Debtors contracts and agreements as of the Petition Date.  It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date.  The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In addition, it is possible that the Debtors, despite their best efforts, have not accounted for every agreement. Accordingly, the Debtors reserve their right to modify, amend or supplement their responses at any time.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

Schedule H. Co-Debtors. In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because of the volume of such claims; the nature of these claims as contingent, disputed or unliquidated, and the inclusion of these claims elsewhere in the Schedules and Statements, such claims have not been set forth individually on Schedule H.

Totals. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the tables.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | Yes | | $0 | | |
| B - Personal Property | Yes | | $32,634,336 | | |
| C - Property Claimed as Exempt | Yes | | | | |
| D- Creditors Holding Secured Claims | Yes | | | $226,603,594 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | | | $0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | $162,655 | |
| G - Executory Contracts and Leases | Yes | | | | |
| H - Codebtors | Yes | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J- Current Expenses of Individual Debtor(s) | No | | | | |
| Total Number of Sheets in ALL Schedules | | - | | | |
| | Total Assets | | $32,634,336 | | |
| | Total Liabilities | | | $226,766,249 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint of Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR MORTGAGE | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| None | | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | | See Exhibit B1 | $352 |
| 2. Checking, saving or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Exhibit B2 | $4,694,247 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | |
| 6. Wearing apparel. | x | | |
| 7. Furs and jewelry. | x | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | See Exhibit B9 | $          14,587,921.84 |
| 10. Annuities.  Itemize and name each issuer. | x | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give Particulars. | x | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | See Exhibit B13 | Undetermined |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | |
| 16. Accounts Receivable. | | AR - IT | $38,880 |
| | | AR - Subrogation Receivable | $109,200 |
| | | AR - I/C - Gainey Insurance Services, Inc. | $10,526,890 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | | See Exhibit B18 | $682,910 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | x | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefits plan, life insurance policy, or trust. | x | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See Exhibit B21 | Undetermined |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | x | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | x | See Footnote B23 below | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | |
| 26. Boats, motors, and accessories. | x | | |
| 27. Aircraft and accessories. | x | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | See Exhibit B28 | $21,761 |
| 29.  Machinery, fixtures, equipment and supplies used in business. | x | | |
| 30.  Inventory. | x | | |
| 31.  Animals. | x | | |
| 32.  Crops - growing or harvested.  Give particulars. | x | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 33.  Farming equipment and implements. | x | | |
| 34.  Farms supplies, chemicals, and feed. | x | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | See Exhibit B35 | $1,972,174 |
| | | **Total** | **$32,634,336** |

B23 - The Debtor has specifically identified no licenses, however the Debtor is the beneficiary of numerous information technology and software-related licenses, as licensee, which are generally not transferable by the Debtor, and which are not specifically noted above.  The Company compiles data and databases, and uses techniques and know-how in the ordinary course of its business; such databases are not individually listed.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B1
Personal Property - Cash on hand (petty cash)

| Location | Address | City | State | Zip | Amount |
|----------|---------|------|-------|-----|--------|
| Gainey Corporation | 6000 Clay Ave | Grand Rapids | MI | 49548 | 352.10 |
| | | | | | $  352.10 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B2
Personal Property - Checking, saving or other financial accounts

| Bank/Institution | Address | City | State | Zip | Account Number | Description | Balance |
|---|---|---|---|---|---|---|---|
| Comerica | PO Box 75000 | Detroit | MI | 48275 | xxxxxx5365 | Master Funding | 4,670,354.66 |
| Comerica | PO Box 75000 | Detroit | MI | 48275 | xxxxxx0728 | Master Collections Account | - |
| Comerica | PO Box 75000 | Detroit | MI | 48275 | xxxxxx0785 | GC Lockbox | - |
| Comerica | PO Box 75000 | Detroit | MI | 48275 | xxxxxx3798 | Disbursement | - |
| Comerica | PO Box 75000 | Detroit | MI | 48275 | xxxxxx0765 | Flex Spending | 23,892.51 |
| | | | | | | | $   4,694,247.17 |

Note: With a few immaterial exceptions, funds in the Debtor's various accounts are swept or transferred daily into a concentration account maintained by Gainey Corporation at Comerica Bank.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B9
Personal Property - Interests in insurance policies

| Insurer | Insurance Type | Policy Number | Beneficiary | Insured party | Face value | Cash surrender value | Net Book Value |
|---|---|---|---|---|---|---|---|
| Transamerica Company | Life Insurance | 92451152/Whole Life Policy | Gainey Corporation | Harvey N. Gainey, Sr. | Undetermined | 135,762.76 | |
| Hartford Life Insurance | Life Insurance | 004 U01460810 | Annie E. Gainey | Harvey N. Gainey, Sr. | Undetermined | 212,212.60 | |
| Hartford Life Insurance | Life Insurance | 004 U01504858 | Annie E. Gainey | Harvey N. Gainey, Sr. | Undetermined | 164,499.51 | |
| Hartford Life Insurance | Life Insurance | U01462565 | Gainey Transportation Svc | Harvey N. Gainey, Sr. | Undetermined | Undetermined | |
| Hartford Life Insurance | Life Insurance | LL1542267 | Undetermined | Harvey N. Gainey, Sr. | Undetermined | Undetermined | |
| John Hancock | Life Insurance | 56748296 | Gainey Corporation | Harvey N. Gainey, Sr. | Undetermined | Undetermined | |
| Deposit for Insurance Claims - Restricted Cash | | | | | | | 14,587,921.84 |
| | | | | | | $ 512,474.87 | $ 14,587,921.84 |

Note: In addition to any insurance policies listed herein, the Debtor may have an interest in other insurance policies, even though such policies may have no surrender value.  For example, the Debtor may have a claim to collateral provided by one or more of the Debtors to secure deductible obligations under insurance policies issued by third party insurers.  The Debtor is unable to provide a value for such a claim.  See Schedule B9 as submitted by other Debtors for other such policies.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B13
Personal Property - Stock and interests in incorporated and unincorporated businesses

| BK | Level 1 | Level 2 | Level 3 | Level 4 | Parent | Federal Tax ID | % Parent Equity | State of Incorporation | Non - Consolidated |
|----|---------|---------|---------|---------|--------|----------------|-----------------|------------------------|--------------------|
| Y | Gainey Corporation | | | | N/A | 38-2984738 | N/A | MI | |
| Y | | Super Service, Inc. | | | Gainey Corporation | 61-1230404 | 100.00 | MI | |
| Y | | Lester Coggins Trucking, Inc. | | | Gainey Corporation | 59-1172035 | 100.00 | FL | |
| Y | | Freight Brokers of America, Inc. | | | Gainey Corporation | 38-3247621 | 100.00 | KS | |
| Y | | Gainey Transportation Services, Inc. | | | Gainey Corporation | 38-2575794 | 100.00 | MI | |
| | | | Aero Bulk Carrier, Inc. (a) | | Gainey Transportation Services, Inc. | 38-3318220 | 100.00 | MI | |
| Y | Gainey Insurance Services, Inc. | | | | N/A | 38-3179720 | N/A | MI | X |

(a) Aero Bulk Carrier, Inc. is not a debtor in these proceedings and does not carry on business operations.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B18
Personal Property - Other liquidated debts owed to debtor including tax refunds

| Entity | Address | City | State | Zip | Description | Balance |
|--------|---------|------|-------|-----|-------------|---------|
| Dept. of Treasury - IRS | | Ogden | UT | | Form 1139 Carryback | 682,910.00 |
| | | | | | | $   682,910.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B21
Personal Property - Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims,
and rights to setoff claims

| Entity | Address | City | State | Zip | Description | Balance |
|--------|---------|------|-------|-----|-------------|---------|
| | | | | | | $          - |

Note: The Debtor (as well as the other Debtors in this case) routinely utilizes the services of Debtor Gainey Insurance Services, Inc. ("GIS") for the management of the complex insurance arrangements necessary in the Debtor's ongoing business.  GIS acts as a third party administrator in investigating, settling and paying workers compensation, personal injury, and property damage claims.  In order to provide GIS with funds to make such payments, and to pay a portion of the costs of GIS's overhead, each Debtor makes a monthly payment to GIS according to a predetermined formula.  Thus, at any one time, GIS holds monies for the benefit of the Debtor as a functional disbursing agent, and periodically remits those monies to third parties in settlement of or otherwise with respect to, claims that are asserted against the Debtor.  Because claims against a Debtor that are paid in any month will invariably differ from the estimate of claims reflected in the contribution formula, one Debtor may in fact have paid more than its share of actual claims paid in a particular month, and another Debtor less.  To the extent that the Debtor may have paid more than its share of actual claims, it may have a claim against another Debtor for reimbursement.  The Debtor is unable to provide a value for such a claim.

In addition, as noted on Exhibit B-9, the Debtor may have interest in collateral provided by one or more of the Debtors to secure obligations under insurance policies issued by third party insurers.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B28
Personal Property - Office equipment, furnishings, and supplies

| Description | Location | Address | City | State | Zip | Net Book Value |
|---|---|---|---|---|---|---|
| Furniture & Fixtures | Grand Rapids | 6000 Clay Ave | Grand Rapids | MI | 49548 | 16,927.77 |
| Computer Hdw & Swr | Grand Rapids | 6000 Clay Ave | Grand Rapids | MI | 49548 | 4,833.07 |
| | | | | | $ | 21,760.84 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit B35
Personal Property - Other personal property of any kind not already listed

| Description | Location | Address | City | State | Zip | Net Book Value |
|---|---|---|---|---|---|---|
| Professional Fee Retainers | | 6000 Clay Ave | Grand Rapids | MI | 49548 | 666,610.79 |
| Prepaid Life Insurance | | 6000 Clay Ave | Grand Rapids | MI | 49548 | 27,197.24 |
| Prepaid LOC Fee | | 6000 Clay Ave | Grand Rapids | MI | 49548 | 83,249.24 |
| Prepaid Purchased Insurance | | 6000 Clay Ave | Grand Rapids | MI | 49548 | 1,195,116.94 |
| | | | | | $ | 1,972,174.21 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

_____

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

Debtor claims the exemptions to which the debtor is entitled under:                 ☐   Check if debtor claims a homestead exemption that exceeds $136,875
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| None | | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

 State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Banker. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total's)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

☐

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| See Exhibit D | | | | | $226,603,594.47 | Undetermined |
| | | | | Total | $226,603,594 | Undetermined |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit D
Creditors Holding Secured Claims

| Creditor Name | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority |
|---|---|---|---|---|---|---|
| Key Equipment Finance, Inc. | UCC Lien | x | x | x | Undetermined | Undetermined |
| CIT Technology Financing Services | UCC Lien | x | x | x | Undetermined | Undetermined |
| General Electric Capital Corp | UCC Lien | x | x | x | Undetermined | Undetermined |
| Wachovia Bank National Assoc, as Admin Agent (1) | All Assets | x | x | | $ 226,603,594.47 | Undetermined |
| | | | | | $ 226,603,594.47 | $            - |

(1) Credit Agreement dated as of April 20, 2006 as amended, under which Gainey Corporation is the Borrower and the other Debtors are Guarantors, and Wachovia Bank, National Association, acts as agent for the lenders

Stipulated amount of debt as of October 22, 2008:  $226,603,594.47

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.
Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are listed on the attached sheets).

☐   Domestic Support Obligations
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507 (a)(2)

☑   Wages, salaries and commissions
Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees, up to a maximum of $10,950* per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507 (a)(3)

☐   Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507 (a)(4)

☐   Certain farmers and fishermen
Claims of certain farmers and fisherman, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507 (a)(6)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

☐ Deposits by individuals
Claims of individuals up to a maximum of $2,425* for deposits for the purchase, lease, or rental of property or services for personal family or household use, that were not delivered or provided.  11 U.S.C. Section 507 (a)(7)

☑ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507 (a)(8)

☐ Commitments to Maintain the Capital of an Insured Depository Institution
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ Claims for Death or Personal Injury While Debtor Was Intoxicated
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

| | | | Type of Priority for Claims Listed on This Sheet | | |
|---|---|---|---|---|---|
| **CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER** | **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | **CONTINGENT, UNLIQUIDATED, DISPUTED** | **AMOUNT OF CLAIM** | **AMOUNT ENTITLED TO PRIORITY** | **AMOUNT NOT ENTITLED TO PRIORITY, IF ANY** |
| 1.  Wages, salaries and commissions | See Exhibit E1 | | Undetermined | Undetermined | Undetermined |
| 2.  Taxes and certain other debts owed to governmental units | See Exhibit E2 | Contingent and Unliquidated | Undetermined | Undetermined | Undetermined |
| | | **Total** | **$0** | **$0** | **$0** |

The Debtor paid prepetition wages, salaries, and commissions pursuant to the Court's Order Authorizing the Debtors to Pay Certain Accrued Pre-Petition Wages, Salaries, and Related Payroll Taxes, entered by the Court on October 15, 2008, and the Order Authorizing, but not Directing, the Debtors to (A) Pay Certain Reimbursable Employee Expenses; (B) Pay Employee Benefits and Continue Employee Benefit Programs, (C) Authorizing but not Directing, the Ongoing Payment of Trust Fund Taxes and Employee Contributions Withheld from Employee's Paychecks; and (D) Authorizing and Directing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing entered on October 27, 2008 (collectively, the "Orders").  Wages have been paid pursuant to the terms of the Orders.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit E1
Creditors Holding Unsecured Priority Claims
Employee Wages and Salaries

| Employee Name | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | | Amount entitled to priority | | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|
| Harvey N. Gainey | Potential employee claim | x | x | | Undetermined | | Undetermined | | 507 (a) (4) |
| Todd Hayataka | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Anne L. Gulch | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| James S. Normand | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| James Olding | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Eric Pell | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Chris Peterson | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Michael P. Salliotte | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Gregory Scott Stickle | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Lyman E. Thompson | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Tamara M. Wilson | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| Mark A. Babin | Potential employee claim | | | | $ | - | $ | - | 507 (a) (4) |
| | | | | | $ | - | $ | - | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit E2
Creditors Holding Unsecured Priority Claims
Tax Liabilities

| Creditor's Name | Description | Address | City | State | Zip | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal - 1120 | Internal Revenue Service | | Ogden | Utah | | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Illinois | Illinois Dept. of Revenue | PO Box 19008 | Springfield | IL | 62794-9008 | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Indiana | Indiana Dept. of Revenue | PO Box 7231 | Indianapolis | IN | 46207-7231 | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Michigan AR | Michigan Dept of Treasury | PO Box 30059 | Lansing | Michigan | 48909 | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Kentucky | Kentucky State Treasurer - Kentucky Dept. of Revenue | | Frankfort | Kentucky | 40620 | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Nebraska | Nebraska Dept. of Revenue | PO Box 94818 | Lincoln | NE | 68509-4818 | | | x | x | Undetermined | Undetermined | 507 (a) (8) |
| Michigan MBT -2008 | Michigan Dept of Treasury | PO Box 30059 | Lansing | Michigan | 48909 | | | x | x | 10,000.00 | Undetermined | 507 (a) (8) |
| | | | | | | | | | | Undetermined | Undetermined | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

_____

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. | NONE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| 1.   Trade Payables | | See Exhibit F1 | | $162,655 |
| 2.   Long Term Debt | x | | | |
| 3.   Intercompany Liabilities | x | | | |
| 4.   Litigation | x | | | |
| 5.   Deferred Compensation | x | | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. | NONE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| 6.   Severance | x | | | |
| 7.   All Other Liabilities | x | | | |
| | | | Total | $162,655 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit F1
Creditors Holdings Unsecured Claims
Trade Payables

| Creditor's Name | Address | City | State | Zip | Country | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3P DELIVERY | ATTN: CINDY SALAZ - 1851 W OAK PKWY, ST | MARIETTA | GA | 30062 | USA | Various | | | | | 600.00 |
| AMERICAN TRUCKING ASSOCIATION | PO BOX 101360 | ARLINGTON | VA | 22210-4360 | USA | Various | | | | | 12,214.00 |
| ARBITRATION FORUMS INC | ATTN: A/P - PO BOX 863606 | ORLANDO | FL | 32886-3606 | USA | Various | | | | | 8.00 |
| AT&T | PO BOX 8212 | AURORA | IL | 60572-8212 | USA | Various | | | | | 3,238.32 |
| CCH INCORPORATED | PO BOX 5729 - 2100 A CORPORATE DRIVE | ADDISON | IL | 60101 | USA | Various | | | | | 699.51 |
| CDW COMPUTER CENTERS, INC. | P.O. BOX 75723 | CHICAGO | IL | 60675-5723 | USA | Various | | | | | 217.29 |
| COLT INTERNATIONAL, INC. | PO BOX 203189 | HOUSTON | TX | 77216-3189 | USA | Various | | | | | 2,398.60 |
| CORPORATE BENEFIT STRATEGIES, INC. | 5001 PLAINFIELD AVE NE - SUITE A | GRAND RAPIDS | MI | 49525 | USA | Various | | | | | 217.00 |
| DW ASSOCIATES LLC | 180 MONROE AVE NW - SUITE 2R | GRAND RAPIDS | MI | 49503 | USA | Various | | | | | 28,881.25 |
| HNI RISK SERVICES | 16805 E CLEVELAND AVE - PO BOX 510187 | NEW BERLIN | WI | 53151-0187 | USA | Various | | | | | 15,985.25 |
| HONEY BAKED HAM COMPANY | 1760 44th Street SW | Wyoming | MI | 49519 | USA | Various | | | | | 183.53 |
| HUGGINS ACTUARIAL SERVICES | PO BOX 1937 | MEDIA | PA | 19063 | USA | Various | | | | | 59,572.50 |
| INDIANA BUREAU OF MOTOR VEHICLES | WALKERTON BRANCH #481 - 302 ROOSEVELT | WALKERTON | IN | 46574 | USA | Various | | | | | 34.00 |
| INNOVATIVE COMPUTING CORPORATION | PO BOX 2587 | BRENTWOOD | TN | 37024 | USA | Various | | | | | 7,998.47 |
| IS MY DRIVING SAFE.COM | 16503 ADAJA DE AVILA | TAMPA | FL | 33613 | USA | Various | | | | | 3,464.33 |
| LIBERTY MUTUAL INSURANCE CO. | PO Box 0569 | Carol Stream | IL | 60132 | USA | Various | | | | | 3,827.93 |
| MARK BABIN | 6000 CLAY AVE SW | GRAND RAPIDS | MI | 49548 | USA | Various | | | | | 2,625.00 |
| NIBLOCK EXCAVATING, INC. | PO BOX 211 - 906 MAPLE STREET | BRISTOL | IN | 46507 | USA | Various | | | | | 1,190.00 |
| PELTO GROUP INC | PO BOX 46496 | MINNEAPOLIS | MN | 55446-0496 | USA | Various | | | | | 12,951.54 |
| PHOTOTHRU.COM | 26285 HOOVER RD, STE 3 | WARREN | MI | 48089-1168 | USA | Various | | | | | 62.44 |
| PHOTOTHRU.COM | 26285 HOOVER RD, STE 3 | WARREN | MI | 48089-1168 | USA | Various | | | | | 26.74 |
| QWEST/LCI | ACCOUNT 30360585 - PO BOX 856169 | LOUISVILLE | KY | 40285-6169 | USA | Various | | | | | 23.09 |
| SWIFT, CURRIE, MCGHEE & HEIRS | THE PEACHTREE - STE 300 - 1355 PEACHTREE | ATLANTA | GA | 30309-3238 | USA | Various | | | | | 2,130.00 |
| THE CPE STORE | 819 VILLAGE SQUARE DRIVE | TOMBALL | TX | 77375 | USA | Various | | | | | 123.00 |
| WACHOVIA SECURITIES | 301 S STREET RESEARCH DR | CHARLOTTE | NC | 22945 | USA | Various | | | | | 1,500.00 |
| WACHOVIA SECURITIES | 301 S STREET RESEARCH DR | CHARLOTTE | NC | 22945 | USA | Various | | | | | 2,482.71 |

$ 162,654.50

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS OF NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Exhibit G | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit G
Executory Contracts and Unexpired Leases
IT and Telecommunications Contracts

| Name of Other Party | Address | City | State | Zip | Description of Contract | Nature of Interest |
|---|---|---|---|---|---|---|
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - iR3570 | Equipment Lease |
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - ir-6570 | Equipment Lease |
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - C4580i | Equipment Lease |
| Imagistics | PO BOX 856193 | LOUISVILLE | KY | 40285 | Imagistics - ZB3510 | Equipment Lease |
| Imagistics | PO BOX 856193 | LOUISVILLE | KY | 40285 | Imagistics - ZB3510 | Equipment Lease |
| Imagistics | PO BOX 856193 | LOUISVILLE | KY | 40285 | Imagistics - ZB3510 | Equipment Lease |
| Imagistics | PO BOX 856193 | LOUISVILLE | KY | 40285 | Imagistics - ZB3510 | Equipment Lease |
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - iR3570 | Equipment Lease |
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - iR3570 | Equipment Lease |
| Imagistics | PO BOX 856193 | LOUISVILLE | KY | 40285 | Imagistics | Equipment Lease |
| Danka | 11101 ROOSEVELT BLVD | ST PETERSBURG | FL | 33716 | Canon - iR7086 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM800 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM200L | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM200 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM200L | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM100 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM100 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes - DM300 | Equipment Lease |
| Pitney Bowes Credit | PO BOX 856460 | LOUISVILLE | KY | 40285 | Pitney Bowes | Equipment Lease |
| Graybar | PO BOX 1838 | MANITOWOC | WI | 54421 | 3Com - 5232 | Equipment Lease |
| IBM Global Finance | PO BOX 643600 | PITTSBURG | PA | 15264-3600 | IBM - 9406 | Equipment Lease |
| IBM Global Finance | PO BOX 643600 | PITTSBURG | PA | 15264-3600 | IBM | Equipment Lease |
| ESIS, Inc. | 525 W Monroe St | CHICAGO | IL | 60661 | INSURANCE RISK MGMT | |
| T-Chek | 14800 Charlson Road | Eden Prairie | MN | 55347 | Fuel Provider & Fleet Card | Fuel Mgmt |
| Skybitz | 45365 Vintage Park Plaza | Dulles | VA | 20166 | (3000) Mobile Terminal units | Tracking |
| Qualcomm Enterprise | 5775 Morehouse Dr | San Diego | CA | 92121 | Messaging System / Software | Messaging System |
| Sunguard | PO Box 91233 | Chicago | IL | 60693 | Disaster Recovery AS400 | Recovery Services |
| GE Commercial Finance | 10900 NE 4th Street, Suite500 | Bellevue | WA | 98004 | Lease - 6000 Clay Ave, Grand Rapids, MI 49548 | Real Property Lease |
| GE Commercial Finance | 10900 NE 4th Street, Suite500 | Bellevue | WA | 98004 | Lease - 5900 Speaker Rd., Kansas City, KS | Real Property Lease |
| GE Commercial Finance | 10900 NE 4th Street, Suite500 | Bellevue | WA | 98004 | Lease - 7979 NW 29th St., Doral, Miami, FL | Real Property Lease |
| Moss Telecomm | 561 Century SW | Grand Rapids | MI | 49503 | Service for 3Com Equipment | Service Contract |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

**In Re: Gainey Corporation**
**Case No: 08-09092**
Exhibit G
Executory Contracts and Unexpired Leases
IT and Telecommunications Contracts

| Name of Other Party | Address | City | State | Zip | Description of Contract | Nature of Interest |
|---|---|---|---|---|---|---|
| MPRI | 1320 Braddock Place | Alexandria | VA | 22314 | Annual Service for Simulator Maint | Service Contract |
| Info Global Solutions | NW 5421 PO Box 1450 | Minneapolis | MN | 55485-5421 | Annual AllTax Swr Support | Service Contract |
| Innovative Computing | PO Box 2587 | Brentwood | TN | 37024 | Monthly AS400 Support | Service Contract |
| Intelek | 901 Wall St | Norman | OK | 73069 | Monthly EDI Swr Support | Service Contract |
| IBM | PO Box 643600 | Pittsburgh | PA | 15264 | Monthly Tape Drive Maint | Maintenance Contract |
| CCH Incorporated | 21250 Hawthorne Blvd | Torrance | CA | 90503-5502 | Tax Software & Technical Support | Service Contract |
| Automotive Rentals Inc. | 9000 Midlantic Drive, PO Box 50 | Mt. Laurel | NJ | 8054 | Fleet/Title Management Services | Service Contract |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Banker. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See Exhibit B13 | |

Note:  All Debtors (see Schedule B-13) are obligated for the indebtedness evidenced the Credit Agreement dated as of April 20, 2006 as amended, under which Gainey Corporation is the Borrower and the other Debtors are Guarantors, and Wachovia Bank, National Association, acts as agent for the lenders.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Gainey Corporation
Case no: 08-09092

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Mark Babin, Chief Financial Officer of The Gainey Corporation named as the Debtor in these cases, declare under penalty of perjury that I have read the forgoing Schedule of Assets and Liabilities, consisting of __36__ sheets, and that it is true and correct to the best of my knowledge, information, and belief.

Date _____11/13/08_____        Signature _____

Mark Babin
[Print or type name of individual signing on behalf of debtor.]

*Penalty for making a false statement or concealing property: is a fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Secs. 152 and 3571.*