**EXHIBIT A**

**Debtor(s):** Gainey Corporation et al

**Transferee:** Waste Management

| Transferor / Debtor | Invoice Number | Invoice Date | Invoice Amount | Check/Wire Number | Check/Wire Date | Check/Wire Amount |
|---|---|---|---|---|---|---|
| **Gainey Transportation Services Inc** | | | | | | |
| | | | | 395116 | 8/5/2008 | $1,432.76 |
| | 665020787523339 | 7/1/2008 | $861.95 | | | |
| | 665020850923333 | 7/1/2008 | $570.81 | | | |
| | | | | 396519 | 9/10/2008 | $82.12 |
| | 23701037702372 | 8/1/2008 | $82.12 | | | |
| | | | | 397104 | 9/16/2008 | $2,836.51 |
| | 665020787523339 | 8/1/2008 | $860.48 | | | |
| | 665020850923333 | 8/1/2008 | $569.84 | | | |
| | 665020787523339 | 9/1/2008 | $845.97 | | | |
| | 665020850923333 | 9/1/2008 | $560.22 | | | |
| | | | | 397372 | 9/26/2008 | $345.77 |
| | 375003332013758 | 7/1/2008 | $345.77 | | | |
| **Total for Gainey Transportation Services Inc:** | | | **$4,697.16** | | | **$4,697.16** |
| **Lester Coggins Trucking Inc** | | | | | | |
| | | | | 86391 | 7/18/2008 | $1,178.66 |
| | 1768714-2227-3 | 7/1/2008 | $762.20 | | | |
| | 1765707-2227-0 | 7/1/2008 | $416.46 | | | |
| | | | | 86203 | 7/18/2008 | $415.56 |
| | 1756140-2227-5 | 6/16/2008 | $415.56 | | | |
| | | | | 86680 | 8/20/2008 | $1,285.56 |
| | 176970122279 | 7/16/2008 | $1,285.56 | | | |
| | | | | 87066 | 8/27/2008 | $208.44 |
| | 1778077-2227-3 | 8/16/2008 | $208.44 | | | |
| | | | | 86870 | 9/5/2008 | $964.94 |
| | 1776726-2227-7 | 8/1/2008 | $548.48 | | | |
| | 1773836-2227-7 | 8/1/2008 | $416.46 | | | |
| | | | | 87423 | 9/17/2008 | $1,863.10 |
| | 1786248-2227 0 | 9/1/2008 | $1,268.56 | | | |
| | 1785030-2227-3 | 9/1/2008 | $416.46 | | | |
| | 1785899-2227-1 | 9/1/2008 | $178.08 | | | |
| **Total for Lester Coggins Trucking Inc:** | | | **$5,916.26** | | | **$5,916.26** |
| **Total Payments:** | | | **$10,613.42** | | | **$10,613.42** |