### EXHIBIT A

**Debtor(s):** Gainey Corporation et al

**Transferee:** Verizon

| Transferor / Debtor | Invoice Number | Invoice Date | Invoice Amount | Check/Wire Number | Check/Wire Date | Check/Wire Amount |
|---|---|---|---|---|---|---|
| Gainey Transportation Services Inc | | | | | | |
| | | | | 395658 | 8/13/2008 | $4,226.13 |
| | 78104334300001 | 7/9/2008 | $4,226.13 | | | |
| | | | | 395651 | 8/13/2008 | $285.11 |
| | 994814844 | 7/10/2008 | $285.11 | | | |
| | | | | 395369 | 8/14/2008 | $116.06 |
| | 4127779919 | 6/25/2008 | $116.06 | | | |
| | | | | 395653 | 8/14/2008 | $99.48 |
| | 4127779919 | 7/25/2008 | $99.48 | | | |
| | | | | 396827 | 9/15/2008 | $95.29 |
| | 4127779919 | 8/25/2008 | $95.29 | | | |
| | | | | 396830 | 9/16/2008 | $4,044.74 |
| | 1894366365 | 8/9/2008 | $4,044.74 | | | |
| | | | | 397626 | 9/30/2008 | $384.28 |
| | 3302205257 | 8/19/2008 | $106.15 | | | |
| | 9094814844 | 9/10/2008 | $278.13 | | | |
| | | | | 397629 | 10/1/2008 | $3,692.42 |
| | 781043343 | 9/9/2008 | $3,692.42 | | | |
| **Total for Gainey Transportation Services Inc:** | | | **$12,943.51** | | | **$12,943.51** |
| Super Service Inc | | | | | | |
| | | | | 191254 | 7/17/2008 | $515.32 |
| | 8123867416 | 6/16/2008 | $515.32 | | | |
| | | | | 192284 | 8/5/2008 | $516.39 |
| | 615013331163473 | 8/10/2008 | $516.39 | | | |
| | | | | 193496 | 9/9/2008 | $516.41 |
| | 8123867416 | 9/10/2008 | $516.41 | | | |
| | | | | 194414 | 10/7/2008 | $516.41 |
| | 8123867416 | 10/11/2008 | $516.41 | | | |
| **Total for Super Service Inc:** | | | **$2,064.53** | | | **$2,064.53** |
| **Total Payments:** | | | **$15,008.04** | | | **$15,008.04** |